AKINS v. CITY OF THOMASVILLE

No. 429P99

Case below: 134 N.C.App. 731

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999. Justice Martin recused.

CLARK v. VISITING HEALTH PROF'LS, INC.

No. 117P00

Case below: 136 N.C.App. 505

Petition by third party defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000.

DEPARTMENT OF TRANSP. v. TILLEY

No. 75P00

Case below: 136 N.C.App. 370

Petition by defendants pro se for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000.

FELMET v. REYNOLDS METALS CO.

No. 150P00

Case below: 136 N.C.App. 847

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000.

FIELDS v. NORFOLK S. RY. CO.

No. 113P00

Case below: 136 N.C.App. 667

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 26 April 2000.